IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-04-04175 EDL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |
| v. | |
| KEVIN DORN, | |
| Defendant. | |

Having considered Plaintiff's Miscellaneous Administrative Request Pursuant to Local Rule 7-10 (b) for Leave to Take Discovery Prior to Rule 26 Conference and finding good cause therefore,

**IT IS HEREBY ORDERED** that plaintiff be granted leave to take early discovery. Plaintiff may seek the identity and address of the individual or entity operating the website <kevscave.com> heretofore known and identified as Kevin Dorn by subpoenaing the information from the following entities using subpoenas in substantially the same form as those appearing as Exhibit B to Plaintiff's Miscellaneous Administrative Request:

    (a) Badpuppy Enterprises, Inc.;

    (b) D. J. Hinojosa & Associates, Inc.;

    (c) Albert J. Productions;

    (d) Media Resource Communications, Inc.;

//

//

//

1      (e)  uReach Technologies; and

2      (f)  Webnet One, Inc.

3  **IT IS SO ORDERED.**

4  Dated: May 2, 2005

          */s/ Elizabeth D. Laporte*
5            ELIZABETH D. LAPORTE
          United States Magistrate Judge

**United States District Court**
For the Northern District of California