1  GILL SPERLEIN (172887)
2  THE LAW OFFICE OF GILL SPERLEIN
   584 Castro Street, Suite 849
3  San Francisco, California 94114
   Telephone: (415) 487-1211 X32
4  legal@titanmedia.com

5  Attorney for Plaintiff
6  IO GROUP, INC.

7

8                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
10

11                                        )  CASE NO.: C-04-4175 (EDL)
                                          )
12  IO GROUP, INC., a California corporation, )
                                          )
13                                        )  **PLAINTIFF'S AMENDED**
         Plaintiff,                       )  **MISCELLANEOUS ADMINISTRATIVE**
14                                        )  **REQUEST PURSUANT TO LOCAL RULE 7-**
         vs.                              )  **10 (b) FOR LEAVE TO TAKE DISCOVERY**
15                                        )  **PRIOR TO RULE 26 CONFERENCE; AND**
    MARTIN TANGUAY also known as          )  **[PROPOSED] ORDER**
16  KEVIN DORN, an individual, and        )
    JOSEPH QUAINTER, an individual,       )
17                                        )
                                          )
18       Defendants.                      )
                                          )
19                                        )

20

21          Pursuant to Local Rule 7-10 (b), plaintiff seeks leave to take limited discovery prior to a

22  Rule 26 conference for the reasons set forth herein, and in the Declaration of Gill Sperlein in

23  Support of Plaintiff's Miscellaneous Administrative Request Pursuant filed on September 1, 2005.

24  When plaintiff's counsel appeared for the case management conference on September 27, 2005,

25  the court indicated it would grant this request provided the information requested in the subpoenas

26  was limited to names, street addresses, telephone numbers and alias, if any. The proposed

27

28  subpoenas submitted herewith comply with the Court's limitations.

# INTRODUCTION AND FACTUAL BACKGROUND

Plaintiff is a photography and production studio located in San Francisco, California. Sperlein Declaration in Support of Plaintiff's Miscellaneous Administrative Request for Leave to Take Early Discovery[1] at ¶2.  Plaintiff alleged in its original Complaint that Defendant Kevin Dorn, an individual believed to be living in Quebec, Canada, owned or operated a website identified by the domain name www.kevscave.com by and through which plaintiff's copyrighted works were infringed.

Because plaintiff was unsure as to the accuracy of the name or address of the defendant, plaintiff requested leave to take early discovery in the form of third-party subpoenas.  This Court granted leave, and plaintiff served the subpoenas.  Sperlein Declaration at ¶4.  From information obtained in response to one of plaintiff's subpoenas, plaintiff learned that income generated by the infringing website was being paid directly to a Florida resident by the name of Joseph Quainter. *Id*. at ¶5.  Plaintiff amended its complaint to include Joseph Quainter as a defendant and began the process of serving the Summons and First Amended Complaint on Mr. Quainter in Florida.  *Id*. at ¶6.  Quainter refused certified delivery through U.S. mail.  *Id*. at ¶7.  Plaintiff than attempted personal service, but quickly discovered the address it obtained for Mr. Quainter is actually a PMB rather than a true street address.  *Id*. at ¶8.  Plaintiff now seeks leave to take additional early discovery in the form of two subpoenas: one to USAbox and one to CCBill, in order to obtain the true and proper street address for Mr. Quainter.

─────────────────────

[1] Plaintiff relies on the Declaration of Gill Sperlein in Support of Plaintiffs Miscellaneous Administrative Request for Leave to Take Early Discovery filed on September 1, 2005.  The facts have not changed.  The only change in this Amended Request is to limit the information sought in the two proposed subpoenas.

PLAINTIFF'S AMENDED MISCELLANEOUS ADMINISTRATIVE
REQUEST FOR LEAVE TO TAKE EARLY DISCOVERY
C-04-4175 (EDL)

Federal law provides for such relief in cases with facts similar to those set forth herein.

### ARGUMENT

Federal Rules allow for discovery prior to a Rule 26 conference when good cause is shown.  *See Semitool, Inc. v. Tokyo Electronic America, Inc.*, 208 F.R.D. 273, 275-76 (N.D. Cal. 2002).

More specifically, courts have recognized that,"[s]ervice of process can pose a special dilemma for plaintiffs in cases like this in which the tortuous activity occurred entirely on-line." *Columbia Ins. Co. v. Seescandy.com*, 185 F.R.D. 573, 577 (N.D. Cal. 1999).  Accordingly, courts have developed the following factors to consider when granting motions for expedited discovery to identify anonymous Internet users: (1) whether the plaintiff can identify the missing party with sufficient specificity such that the Court can determine that defendant is a real person or entity who could be sued in federal court; (2) all previous steps taken by the plaintiff to identify the Doe defendant; and (3) whether the plaintiff's suit could withstand a motion to dismiss.  *Id*. at 578-80. Each of these factors resolves in favor of granting plaintiff's requested relief.

First, plaintiff has sufficiently identified an individual who is a real person who can be sued in Federal Court.  Plaintiff filed this action against the person to whom an infringing website was registered.  Sperlein at ¶3.  Through early discovery permitted by order of this Court plaintiff learned that income from the infringing website was paid directly to Joseph Quainter.  *Id*. at ¶5. Plaintiff added Joseph Quainter as a defendant by filing a First Amended Complaint.  *Id*. at ¶6. Plaintiff informally sent a copy of the Summons and Complaint to Mr. Quainter.  That package was received and signed for, however, when plaintiff attempted to send a certified copy the package was refused.  *Id*. at ¶7.  The person clearly exists and is receiving mail through a PMB. Plaintiff simply needs to identify the proper street address for the defendant.

PLAINTIFF'S AMENDED MISCELLANEOUS ADMINISTRATIVE
REQUEST FOR LEAVE TO TAKE EARLY DISCOVERY
C-04-4175 (EDL)

1

There is no doubt Joseph Quinter is an identifiable individual.

2

Second, plaintiff took specific steps to obtain the address for Joseph Quainter.   Plaintiff

3

searched on-line directories.  Those directories locate a Joseph Quainter in Florida, but indicate

4

that his name and address are unpublished.  *Id*. at ¶9.  Plaintiff has no e-mail address or phone

5

number for Quainter [*Id*. at ¶10] and now Quainter is rejecting letters from plaintiff.  Plaintiff has

6

no other means of discovering the true and proper address of Joseph Quainter.  *Id*. at ¶7.

7

Third, plaintiff has asserted a *prima facia* claim for direct copyright infringement in its

8

First Amended Complaint that can withstand a motion to dismiss.  Specifically, plaintiff has

9

alleged that a) it owns and has registered the copyrights in the works at issue and b) the defendant

10

copied or distributed those copyrighted works without plaintiff's authorization.  See Complaint.

11

These allegations state a claim for copyright infringement.  *See* 17 U.S.C. § 106(1)(3); *A&M*

12

*Records, Inc. v. Napster*, Inc., 239 F.3d 1004, 1014-15 (9th Cir. 2001).

13

When outlining the above factors, the *Columbia* Court noted that in cases where injured

14

parties are likely to find themselves chasing unidentified tortfeasors from Internet service provider

15

(ISP) to ISP, the traditional enforcement of strict compliance with service requirements should be

16

tempered by the need to provide injured parties with a forum in which they may seek redress for

17

grievances. *Columbia*, 185 F.R.D. at 579.

18

An analysis of the factors clearly demonstrates plaintiff's legitimate interest in identifying

19

the address of the individual who infringed upon its copyrighted works.  Moreover, Mr. Quainter

20

will have the opportunity to oppose the subpoenas and to raise any objections before the issuing

21

courts, prior to the return date of the subpoenas.  The Summons and First Amended Complaint

22

were delivered to Mr. Quainter's box at USAbox [Sperlein at ¶7], therefore he has actual notice he

23

has been named as a defendant in this action.  He has already had ample time to consult an

24

25

26

27

28

-4-
PLAINTIFF'S AMENDED MISCELLANEOUS ADMINISTRATIVE
REQUEST FOR LEAVE TO TAKE EARLY DISCOVERY
C-04-4175 (EDL)

attorney, and will have additional time after the subpoenas are served and prior to a response becoming due.

In addition to the three factors discussed above, Courts have indicated that a plaintiff requesting early discovery to identify defendants should justify specific requests and explain how such requests "will lead to identifying information about defendant that would make service of process possible. *See Columbia* 185 F.R.D. at 580; *Gillespie v. Civiletti*, 629 F. 2d 637, 642 (9th Cir.1980).

**USAbox subpoena -**

As stated earlier, USAbox provides a PMB to Defendant Joseph Quainter.  USAbox is required by law to keep a record of mail recipients' true address and can easily provide that information to plaintiff.

Plaintiff requests leave to subpoena USAbox to obtain information limited to identifying name, street address, telephone numbers and aliases, if any, for Joseph Quainter or any other person renting or leasing Box 5141 from USABox, 8345 66th Street, Miami, FL during the period 10/1/03 to 7/31/05.  The proposed subpoena is attached hereto as Exhibit A.

**CCBill Subpoena** –

In response to plaintiff's first round of subpoenas, plaintiff learned that commissions for the infringing website were being paid to Joseph Quainter and that some of these commissions were being paid through the transactional processor CCBill.  Sperlein at ¶11.  In other words, CCBill is the company that actually drafted checks and sent them to Quainter.  Therefore, CCBill also may have an address for Joseph Quainter.

Plaintiff requests leave to subpoena CCBill to obtain information limited to "Records identifying the name, street address, telephone number and alias, if any, for the CCBill affiliate

associated with the following account:  CCBill Affiliate ID 585369; Affiliate Registered Name:

Joseph Quainter; Affiliate URL: kevscave.com; and Email address: kevscave.com or

kevindorn@ureach.com."  The proposed subpoena is attached hereto as Exhibit B.


### III.  CONCLUSION

For the forgoing reasons, plaintiff respectfully submits that the Court should grant

plaintiff's request and enter an order substantially in the form of the attached Proposed Order.


Dated: *September 27, 2005*                    Respectfully submitted,

                                               */s/ Gill Sperlein*
                                               _____

                                               GILL SPERLEIN
                                               Attorney for Plaintiff IO GROUP, INC.

# [PROPOSED] ORDER

Having considered Plaintiff's Miscellaneous Administrative Request Pursuant to Local Rule 7-10 (b) for Leave to Take Discovery Prior to Rule 26 Conference and finding good cause therefore,

**IT IS HEREBY ORDERED,** that plaintiff be granted leave to take early discovery. Plaintiff may seek the name, address, telephone number and any alternative names for Joseph Quainter by subpoenaing the information from USAbox in Miami, Florida and CCBill in Pheonix, Arizona, employing subpoenas in substantially the same form as those appearing as Exhibit A and B to Plaintiff's Miscellaneous Administrative Request.

Dated: _September 28, 2005_ 



_____
ELIZABETH D. LAPORTE
United States District Judge

PLAINTIFF'S AMENDED MISCELLANEOUS ADMINISTRATIVE
REQUEST FOR LEAVE TO TAKE EARLY DISCOVERY
C-04-4175 (EDL)

## CERTIFICATE OF SERVICE

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94103. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with United States Postal Service and correspondence is deposited with United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

- **PLAINTIFF'S AMENDED MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-10 (b) FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE; AND [PROPOSED] ORDER**

by causing a true and correct copy of the above to be placed with United States Postal Service delivery in a sealed envelope with first class postage prepaid, addressed as follows:

Martin Tanguay aka Kevin Dorn          Joseph Quainter
1804 Boul Le Corbusier, Suite 191       8345 NW 66th Street, #5141
Laval, Quebec H7S 2N3                   Miami, FL  33166
CANADA

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on *September 27, 2005.*

*/s/ Eric Burford*
Eric Burford

I hereby attest that this is the declaration of Eric Burford and the original with Eric Burford's holographic signature is on file for production for the Court if so ordered, or for inspection upon request by any party. Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated:  *September 27, 2005*

*/s/ Gill Sperlein*

GILL SPERLEIN,
Counsel for Plaintiff Io Group, Inc.

-1-