**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-04-04175 EDL |
| Plaintiff, | **ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |
| v. | |
| MARTIN TANGUAY, as known as, KEVIN DORN, an individual, and JOSEPH QUAINTER, an individual | |
| Defendants. | |

In view of the Report and Recommendation dated March 15, 2006, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: March 15, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge