UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IO GROUP, INC., | ) | No. C-04-4175 SC |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING REPORT |
| | ) | AND RECOMMENDATION OF |
| v. | ) | <u>MAGISTRATE JUDGE</u> |
| | ) | |
| JOSEPH QUAINTER, an individual, | ) | |
| Defendant. | ) | |

The Court ADOPTS, with one modification, the Report and Recommendation of Magistrate Judge Elizabeth D. Laporte GRANTING Plaintiff's motion for entry of judgment by default as to Plaintiff's copyright infringement claim and AWARDING Plaintiff $471,000.00 in damages.

The Court MODIFIES the Report and Recommendation by eliminating Defendant Martin Tanguay, a.k.a. Kevin Dorn, as a defendant because Plaintiff voluntarily dismissed Defendant Tanguay.

IT IS SO ORDERED.

Dated: April 6, 2006

_____
UNITED STATES DISTRICT JUDGE